1 ROD K. TANNER, (SBN 195479)
R.K. TANNER ASSOCIATES LLP
2 1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
3 Tel: (650) 931-2520
Fax: (650) 931-2521
4 rkt.assoc@comcast.net

5 *Counsel for Defendants, Bay Area Equity Group, LLC,*
*Antranik Kabajouzian aka Anto Kabajouzian and*
6 *My Self Direct, LLC*

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| ANTONIA LONERGAN, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENT TRUST GROUP, LLC, MY SELF DIRECT, LLC, BAY AREA EQUITY GROUP, LLC, VANGUARD TITLE INSURANCE AGENCY, LLC, ANTRANIK KABAJOUZIAN a/k/a ANTO KABAJOUZIAN, and DOES 1-3,<br><br>Defendants. | Case No. C 13-02081-WHA<br><br>Date:   September 12, 2013<br>Time:   8:00 a.m.<br>Courtroom: 8<br>Judge:  Hon. William H. Alsup<br><br>**DEFENDANT MY SELF DIRECT, LLC'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JUSTIN BACHMAN; DECLARATION OF ROD K. TANNER; [PROPOSED] ORDER**<br><br>DATE OF FILING:  MAY 7, 2013<br>TRIAL DATE:  NONE |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2013 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8 of the above-entitled Court located at 280 South First Street #2112, San Jose, California 95113, Defendant My Self Direct, LLC ("My Self Direct") will and hereby does move the Court to dismiss the putative Class Action Complaint ("Complaint"), pursuant to Fed. R. Civ. P. 12(b)(6), filed against it by Plaintiff Antonia Lonergan, individually and on behalf of a purported class of similarly situated persons

MY SELF DIRECT'S AMENDED NOTICE AND MOTION TO DISMISS;
MEMORANDUM OF POINTS AND AUTHORITIES

1  ("Plaintiff"), on the ground that the Complaint fails to state a claim upon which relief can be
2  granted.
3        This motion is supported by the following memorandum of points and authorities, the
4  Declaration of Justin Bachman and the Declaration of Rod K. Tanner filed and served on July
5  18, 2013 as Docket Item No. 20.

6  Dated:  July 25, 2013                                R.K. TANNER ASSOC. LLP

                                                                      _____
                                                                        Rod K. Tanner, Counsel for Bay Area Equity
                                                                        Group, LLC, Antranik Kabajouzian aka Anto
                                                                        Kabajouzian and My Self Direct, LLC

R.K. TANNER ASSOCIATES LLP
1099 S. Norfolk Street · Suite 350 · San Mateo · CA · 94403 · Tel 650.951.2520 · Fax 650.951.2521

CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over 18 and not a party to the within action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, CA 94403.

On July 25, 2013, I served in the manner indicate below the foregoing documents described as:

**DEFENDANT MY SELF DIRECT, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JUSTIN BACHMAN; DECLARATION OF ROD K. TANNER; [PROPOSED] ORDER**

on the interested partied in this action:

| | |
|---|---|
| **PLAINTIFF COUNSEL** | Cathy J. Lerman, Esquire (pro hac vice) CATHY JACKSON LERMAN, PA<br>1440 Coral Ridge Drive<br>Coral Springs, FL 33071<br>954.663.5818<br>954.341.3568, fax<br>clerman@lermanfirm.com |
| **PLAINTIFF COUNSEL** | David Keith Dorenfeld, Esquire<br>Michael W. Brown, Esquire<br>SNYDER & DORENFELD, LLP<br>5010 Chesebro Road<br>Agoura Hills, CA 91301<br>818.865.4000<br>818.865.4010, fax<br>David@sd4law.com |
| **PLAINTIFF COUNSEL** | Lawrence T. Fisher, Esquire<br>BURSON & FISHER, P.A.<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, California 94596<br>925.300.4455<br>925.407.2700, fax<br>ltfisher@bursor.com |
| **DEFENDANT COUNSEL** | Matthew L. Lalli mlalli@swlaw.com<br>SNELL & WILMER L.L.P.<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101<br>801.257.1900<br>801.257.1800, fax<br><br>Alina Mooradian<br>amooradian@swlaw.com<br>Jonathan R. Murphy<br>jrmurphy@swlaw.com<br>SNELL & WILMER L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-7689<br>714.427.7000<br>714.427.7799, fax |

R.K. TANNER ASSOCIATES LLP
1099 S. Norfolk Street · Suite 350 · San Mateo · CA · 94403 · Tel 650.951.2520 · Fax 650.951.2521