IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIA LONERGAN,

    Plaintiff,

  v.

PROVIDENT TRUST GROUP, LLC, et al.,

    Defendants.

No. C 13-02081 WHA

**ORDER SETTING HEARING DATE**

Defendants Bay Area Equity Group, LLC and Anto Kabajouzian have noticed a motion to dismiss on a date that the Court is not available. In the interest of judicial efficiency, defendants' motion to dismiss (Dkt. No. 36) and the two already-pending motions to dismiss (Dkt. Nos. 11, 20) shall be rescheduled and heard on the same day: **SEPTEMBER 26 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE