BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA LONERGAN, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT TRUST GROUP, LLC, MY SELF DIRECT, LLC, BAY AREA EQUITY GROUP, LLC, VANGUARD TITLE INSURANCE AGENCY, LLC,  ANTRANIK KABAJOUZIAN a/k/a ANTO KABAJOUZIAN,  and DOES 1-3,<br><br>Defendants | Case No.: 3:13-cv-02081-WHA<br><br>**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF BURSOR & FISHER, P.A. AS COUNSEL FOR PLAINTIFF ANTONIA LONERGAN PURSUANT TO LOCAL RULE 11-5(a)**<br><br>Courtroom 8, 19th Floor<br>Judge: Hon. William Alsup |

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL
CASE NO. C13-02081 WHA

The Court hereby approves the withdrawal of Bursor & Fisher, P.A.as counsel for Plaintiff and the clerk of the court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated: August 14, 2013.

William Alsup
United States District Judge