1  BURSOR & FISHER, P.A.
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile:  (925) 407-2700
4  Email: ltfisher@bursor.com

5  Attorneys for Plaintiff

6

7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11 | ANTONIA LONERGAN, individually and on behalf of a class of similarly situated persons, | Case No.: 3:13-cv-02081-WHA
12 |
13 | Plaintiff, | **[PROPOSED] ORDER PERMITTING WITHDRAWAL OF BURSOR & FISHER, P.A. AS COUNSEL FOR PLAINTIFF ANTONIA LONERGAN PURSUANT TO LOCAL RULE 11-5(a)**
14 | v.
15 | PROVIDENT TRUST GROUP, LLC, MY SELF DIRECT, LLC, BAY AREA EQUITY GROUP, LLC, VANGUARD TITLE INSURANCE AGENCY, LLC, ANTRANIK KABAJOUZIAN a/k/a ANTO KABAJOUZIAN, and DOES 1-3,
16 | | Courtroom 8, 19th Floor
17 | | Judge: Hon. William Alsup
18 |
19 | Defendants

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL
CASE NO. C13-02081 WHA

1  The Court hereby approves the withdrawal of Bursor & Fisher, P.A. as counsel for Plaintiff
2  and the clerk of the court is directed to make the appropriate change in the docket.
3
4  **IT IS SO ORDERED.**
5
6  Dated: August 14, 2013.                        _____
7                                                  William Alsup
                                                   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL                               1
CASE NO. C13-02081 WHA