IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA LONERGAN, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>PROVIDENT TRUST GROUP, LLC, MY SELF DIRECT, LLC, BAY AREA EQUITY GROUP, LLC, VANGUARD TITLE INSURANCE AGENCY, LLC, ANTRANIK KABAJOUZIAN a/k/a ANTO KABAJOUZIAN, and DOES 1-3,<br><br>    Defendants.<br>                                             / | No. C 13-02081 WHA<br><br>**RE INTENT TO TAKE JUDICIAL NOTICE** |

      To avoid the need for a separate hearing on judicial notice, the parties are **HEREBY NOTIFIED THAT THE COURT INTENDS TO TAKE JUDICIAL NOTICE** of the Desist and Refrain Order from the State of California Business, Transportation and Housing Agency, Department of Corporations dated December 8, 2010 directed at, *inter alia*, Anto Kabajouzian as Branch Manager of Alexander, Anthony & Brown, Inc. Either party will have an opportunity to raise any objections at the **SEPTEMBER 26, 2013** hearing on defendants' motions to dismiss. No

further opportunity to be heard on this issue will be granted on the basis of requests made pursuant to FRCP 201(e).

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2